Daryl Barnes
Deni Beatrice Goff
FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 7:24:13 PM
CHRISTOPHER A. PRINE
Clerk

January 29th 2015

ECF
Hon Michael Gomez
129th Judicial District Court
Harris, County TX, 201 Caroline 10th floor

Re:     Daryl Barnes et.al.,

V

Kevin Fulton and National Housing Development Corporation
Civil Action No. 201234954

Dear Judge

We are counsels pro se in the afore mentioned cause of action styled and captioned above, we filed a motion for rehearing on Sept 17th 2014 , to date that ruling has not been forthcoming. For the purposes of appeal we respectfully ask that the honorable judge rule on the petitioners motion for rehearing so that the appellate brief is not legally deficient and that a complete record can be created for transfer and filing in the Houston First Court Of Appeals.

Respectfully Submitted

Cc all attorneys of record

Daryl Barnes                                          /s/ Daryl Barnes
dbarnes.humble
832-988-0403